UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor
dstevens@scura.com

In Re:
Maria Farias,

　　　　　　　　　　　　　　Debtor.

Order Filed on October 15, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:　　17-26915 (SLM)

Chapter:　　13

Judge:　　Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 15, 2019**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/25/2018_____ :

Property:      18 Wright Street, Newark, NJ 07114

Creditor:      Wells Fargo Home Mortgage

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtors_____,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____01/06/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2