UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor
dstevens@scura.com

In Re:
Maria Farias,

                                    Debtor.

**Order Filed on October 15,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.:        17-26915 (SLM)

Chapter:              13

Judge:        Stacey L. Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 15, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ 10/25/2018 _____ :

Property: _____ 18 Wright Street, Newark, NJ 07114 _____

Creditor: _____ Wells Fargo Home Mortgage _____

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____ the Debtors _____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 01/06/2020 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
Maria Farias
      Debtor

Case No. 17-26915-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 15, 2019
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db            +Maria Farias,    18 Wright Street,    Newark, NJ 07114-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
       Charles G. Wohlrab    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
       MASTR REPERFORMING LOAN TRUST 2005-2 cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
       David L. Stevens    on behalf of Debtor Maria   Farias dstevens@scuramealey.com,
       ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
       MASTR Reperforming Loan Trust 2005-2 rsolarz@kmllawgroup.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                           TOTAL: 5