Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−26915−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Farias
   aka Maria Luna
   18 Wright Street
   Newark, NJ 07114

Social Security No.:
   xxx−xx−7912

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:     4/7/20
Time:    02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Scura, Wigfield, Heyer & Stevens, Debtor's Attorney,

COMMISSION OR FEES
$7,252.50

EXPENSES
$61.58

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 11, 2020
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-26915-SLM
Maria Farias                                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Mar 11, 2020
                              Form ID: 137             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db              +Maria Farias,    18 Wright Street,    Newark, NJ 07114-1864
517021208       +EdFinancial Services,    Attn: Bankruptcy Department,    298 N Seven Oaks Dr,
                  Knoxville, TN 37922-2369
517065420       +Edfinancial on behalf of US Dept. of Education,    120 N. Seven Oaks Dr.,
                  Knoxville, TN 37922-2359
517080195       +HSBC Bank USA, National Association as Trustee for,    C/O Wells Fargo Bank, N.A.,
                  Attention: Payment Procession,    MAC#2302-04C,   1 Home Campus,    Des Moines, Iowa 50328-0001
517021209       +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517266038       +Reyes & Narvaez,    c/o Pressler and Pressler, LLP.,    7 Entin Road,    Parsippany NJ 07054-5020
517021210       +Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Ste. B,    Mount Laurel, NJ 08054-2242
518154459       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
518154460       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517021212      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   Wfhm,    8480 Stagecoach Cir,    Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2020 00:03:04      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2020 00:03:01      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517260145        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2020 00:12:05
                  LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                  LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517021211       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 12 2020 00:02:07
                  Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
517133411       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2020 00:12:10       Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 5

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517021207    ##+Afm Financial Services,    1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           MASTR REPERFORMING LOAN TRUST 2005-2 cwohlrab@LOGS.com, njbankruptcynotifications@logs.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Mar 11, 2020
                               Form ID: 137             Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David L. Stevens     on behalf of Debtor Maria  Farias dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
                MASTR Reperforming Loan Trust 2005-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```