UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Attorney for Debtor

In Re:

Maria Farias,

　　　　　　　Debtor

Order Filed on April 11, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:　　17−26915

Chapter:　　13

Judge:　　SLM

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 11, 2020**

　　　　　　　　　　　　　　　　　　　　　/s/ Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　Honorable Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____7,252.50_____ for services rendered and expenses in the amount of $_____61.58_____ for a total of $_____7,314.08_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*