| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Secured Creditor:  Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2 | Order Filed on May 26, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Maria Farias aka Maria Luna<br>                    Debtor(s) | Case No.:    17-26915 SLM<br><br>Judge:        Stacey L. Meisel<br><br>Chapter:      13 |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS
MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 26, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on March 5, 2020:

Property:    18 Wright Street  Newark, NJ 07114

Creditor:    Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.