| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| KML Law Group, P.C.<br>By: Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Secured Creditor: Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2 |
| In Re:<br><br>    Maria Farias aka Maria Luna<br>            Debtor(s) |

Order Filed on May 26, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:    17-26915 SLM

Judge:    Stacey L. Meisel

Chapter:    13

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 26, 2020**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on March 5, 2020:

Property:   18 Wright Street Newark, NJ 07114

Creditor:   Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by Specialized Loan Servicing LLC, as servicer for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26915-SLM
Maria Farias                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: May 26, 2020
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db             +Maria Farias,    18 Wright Street,    Newark, NJ 07114-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
        David L. Stevens    on behalf of Debtor Maria  Farias dstevens@scura.com,
         ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
        Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
         MASTR Reperforming Loan Trust 2005-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Elizabeth L. Wassall    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
         MASTR REPERFORMING LOAN TRUST 2005-2 ewassall@logs.com,    njbankruptcynotifications@logs.com
        Marie-Ann Greenberg     magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
         MASTR Reperforming Loan Trust 2005-2 rsolarz@kmllawgroup.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 6