### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:    17-26915-SLM |
| **Maria Farias** | Chapter:    7 |
| | Judge:    Stacey L. Meisel |
| **Debtor(s).** | |

---

### NOTICE OF PROPOSED ABANDONMENT

---

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on August 25, 2020 at 10:00 AM a.m. at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3A.  (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

18 Wright Street, Newark, NJ 07114
$185,000

**Liens on property**:

$226,114.92

**Amount of equity claimed as exempt:**

$0.00

Objections must be served on, and requests for additional information directed to:

Donald V. Biase, Chapter 7 Trustee
110 Allen Road Suite 304
Basking Ridge, NJ 07920
(973) 618-1008

Rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-26915-SLM
Maria Farias                                                        Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jul 27, 2020
                             Form ID: pdf905       Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2020.
```
db           +Maria Farias,   18 Wright Street,   Newark, NJ 07114-1864
517021208    +EdFinancial Services,   Attn: Bankruptcy Department,   298 N Seven Oaks Dr,
              Knoxville, TN 37922-2369
517065420    +Edfinancial on behalf of US Dept. of Education,   120 N. Seven Oaks Dr.,
              Knoxville, TN 37922-2359
517080195    +HSBC Bank USA, National Association as Trustee for,   C/O Wells Fargo Bank, N.A.,
              Attention: Payment Procession,   MAC#2302-04C,   1 Home Campus,   Des Moines, Iowa 50328-0001
517021209    +Remex Inc,   307 Wall Street,   Princeton, NJ 08540-1515
517266038    +Reyes & Narvaez,   c/o Pressler and Pressler, LLP.,   7 Entin Road,   Parsippany NJ 07054-5020
517021210    +Shapiro & DeNardo, LLC,   14000 Commerce Parkway, Ste. B,   Mount Laurel, NJ 08054-2242
518154459    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
518154460    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517021212    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wfhm,   8480 Stagecoach Cir,   Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2020 23:12:02    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2020 23:12:00    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
intp         +E-mail/Text: BNC@magtrustee.com Jul 27 2020 23:12:30    Marie-Ann Greenberg,
              30 Two Bridges Road,   Suite 330,   Fairfield, NJ 07004-1550
517260145     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2020 23:18:24
              LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
              LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517021211    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 27 2020 23:11:10
              Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
              Weldon Springs, MO 63304-2225
517133411    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2020 23:18:25    Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517021207    ##+Afm Financial Services,   1150 Raritan Rd Ste 103,   Cranford, NJ 07016-3369
                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                      Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jul 27, 2020
                             Form ID: pdf905           Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2020 at the address(es) listed below:
          David L. Stevens    on behalf of Debtor Maria  Farias dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           MASTR Reperforming Loan Trust 2005-2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Donald V. Biase    dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com
          Elizabeth L. Wassall    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           MASTR REPERFORMING LOAN TRUST 2005-2 ewassall@logs.com,  njbankruptcynotifications@logs.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           MASTR Reperforming Loan Trust 2005-2 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6